IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02908-BNB

KENNETH SMITH,

    Plaintiff,

v.

SHERIFF JOHN COOKE, and Agents, Commissioners,
C.O. DAVID B. BADLEY,
C.O. ERIC SCHWALBERT,
C.O. WILLIAM HODGES,
C.O. MORGAN MAY,
C.O. CHRISTOPHER MEYER,
C.O. DERRICK SALAZAR,
DEPUTY LECHMANS,
CORRECTIONAL HEALTH CARE MANAGEMENT,
RN AMY,
C.O. JONATHAN E. BROWN,
C.O. CHRISTOPHE DUPREE,
C.O. MARTINEZ,
C.O. JEFF W. CARR,
COMMANDER TUTTLE,
C.O. McKEEN,
C.O. AGUREE, SR., and
C.O. McMILLIAN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 22 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Kenneth Smith initiated this action by filing *pro se* a letter to the Court complaining about the conditions of his confinement and indicating that he intended to file a civil action. In an order filed on December 11, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Smith to cure certain deficiencies if he wished to pursue his claims. Specifically,

Magistrate Judge Boland ordered Mr. Smith to file a Prisoner Complaint and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Mr. Smith was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.  On January 12, 2010, Magistrate Judge Boland entered a minute order granting Mr. Smith an extension of time to cure the deficiencies.

Mr. Smith has failed to cure the deficiencies within the time allowed.  Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.  Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 19 day of February, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02908-BNB

Kenneth Smith
Weld County Jail
2110 "O" Street
Greeley, CO 80631

Kenneth Smith
2925 Ivy St.
Denver, CO 80207

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/22/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk